# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

SUSAN A. FASSY,

Appellant,

v.

LYNN R. FASSY,

Appellee.

No. 2D23-458

————————————————

March 8, 2024

Appeal from the Circuit Court for Sarasota County; Kevin Bruning, Judge.

Carmen R. Gillett of Carmen R. Gillett, PLLC, Sarasota, for Appellant.

Charles F. Johnson of Blalock Walters, P.A., Bradenton, for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, LaROSE, and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.